UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-15431 |
| Aurangzeb Toor, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

## ORDER GRANTING MOTION TO MODIFY PLAN

This cause coming before the Court on the Debtor's Motion to Modify Plan;

IT IS HEREBY ORDERED THAT:

A. The Motion is granted as set forth herein, and the current outstanding default to the Trustee is deferred to the end of the plan.

B. The Debtor's payments to the Trustee are increased to $1,400 per month for the remainder of the plan.

C. The plan base shall remain the same.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  February 06, 2026

**Prepared by:**

Cutler & Associates, Ltd
41431 Main St
Skokie, IL 60076
847-673-8600
lincoln@cutlerltd.com